| | | |
|---|---|---|
| D&D CAPITAL, INC. | * | IN THE |
| Plaintiff | * | UNITED STATES DISTRICT COURT |
| v. | * | FOR |
| VAPOR GROUP, INC. | * | THE DISTRICT OF MARYLAND |
| Defendant | * | NORTHERN DIVISION |
| | * | CIVIL ACTION  NO. 1:17-cv-02758-JFM |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## DISCLOSURE OF CORPORATE INTEREST

I certify, as counsel in this case, that Defendant Vapor Group, Inc. is the parent company of the following wholly-owned subsidiaries:  Total Vapor Inc., Vapor 123 Inc., VGR Media, Inc., Simple Cork, Inc., and Royal CBD Inc., none of which are parties to this case, but each of has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

Respectfully submitted,

September 20, 2017

*/s/ Matheau J. W. Stout*
Matheau J. W. Stout (28054)
400 E. Pratt Street, 8th Floor
Baltimore, Maryland 21202
(410) 429-7076 Tel
(888) 907-1740 Fax

*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 20th of September 2017, to the extent that the following persons were not served electronically via the CM/ECF system, I caused a copy of the forgoing Disclosure of Corporate Interest to be sent by first class mail, postage prepaid to Plaintiff's counsel, Duncan S. Keir, Esq. Price & Keir, LLC, 1777 Reisterstown Road, Suite 340, Baltimore, Maryland 21208.

*/s/ Matheau J. W. Stout*
Matheau J. W. Stout (28054)