| | | |
|---|---|---|
| D&D CAPITAL, INC. | * | IN THE |
| Plaintiff | * | UNITED STATES DISTRICT COURT |
| v. | * | FOR |
| VAPOR GROUP, INC. | * | THE DISTRICT OF MARYLAND |
| Defendant | * | NORTHERN DIVISION |
| | * | CIVIL ACTION  NO. 1:17-cv-02758-JFM |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT MOTION TO SCHEDULE HEARING BEFORE MAGISTRATE

Plaintiff, D&D Capital, Inc. ("Plaintiff") and Defendant, Vapor Group, Inc. ("Defendant"), by their attorneys, hereby file this joint motion to schedule a hearing before a Magistrate, and state as follows

1. Plaintiff filed its Complaint on September 18, 2017 seeking this Honorable Court's Order approving a settlement between the Parties under Section 3(a)(10) of the Securities Act of 1933 ("Section 3(a)(10)"),

2. Plaintiff's Complaint included a copy of a Settlement Agreement and Stipulation dated September 14, 2017, executed by Plaintiff and Defendant along with a proposed Order (the "Settlement Agreement"), which is attached again hereto as Exhibit A.

3. Section 3(a)(10) requires that a hearing on the fairness of the terms of the Settlement Agreement be conducted by the Court ("Fairness Hearing"), and such Fairness Hearing may be held before a Magistrate Judge.

4. Plaintiff's Complaint sought as relief the scheduling of a Fairness Hearing.

5. Defendant filed its Answer on September 20, 2017, which admitted all allegations in Plaintiff's Complaint, and which likewise sought as relief the scheduling of a Fairness Hearing.

6. There is no dispute among the parties as to matters of fact, and the parties affirm that the terms they have agreed to in the Settlement Agreement are fair to both Plaintiff and Defendant.

WHEREFORE, for all of the foregoing reasons, the parties jointly and respectfully request that this Court schedule the matter for a hearing on the fairness of the terms of the Settlement Agreement before a Magistrate Judge.

Respectfully submitted,

| */s/ Matheau J. W. Stout* | */s/ Duncan S. Keir* |
|---|---|
| Matheau J. W. Stout (28054) | Duncan S. Keir (28353) |
| 400 E. Pratt Street, 8th Floor | Price & Keir, LLC |
| Baltimore, Maryland 21202 | 1777 Reisterstown Road |
| (410) 429-7076 Tel | Commerce Center East – Suite 340 |
| (888) 907-1740 Fax | Baltimore, Maryland 21208 |
|  | (410) 528-7205  Tel |
|  | (410) 670-4245  Fax |
| *Attorney for Defendant* | *Attorney for Plaintiff* |