| | | |
|---|---|---|
| D&D CAPITAL, INC. | * | IN THE |
| Plaintiff | * | UNITED STATES DISTRICT COURT |
| v. | * | FOR |
| VAPOR GROUP, INC. | * | THE DISTRICT OF MARYLAND |
| Defendant | * | NORTHERN DIVISION |
| | * | CIVIL ACTION NO. 1:17-cv-02758-JFM |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT MOTION TO ALLOW PARTIES TO ATTEND
## FAIRNESS HEARING VIA SKYPE OR TELEPHONE

Plaintiff, D&D Capital, Inc. ("Plaintiff") and Defendant, Vapor Group, Inc. ("Defendant"), by their attorneys, hereby file this joint motion to allow the Parties to attend Fairness Hearing via Skype or Telephone, and state as follows

1. Plaintiff filed its Complaint on September 18, 2017 seeking this Honorable Court's Order approving a settlement between the Parties under Section 3(a)(10) of the Securities Act of 1933 ("Section 3(a)(10)").

2. Plaintiff's Complaint included a copy of a Settlement Agreement and Stipulation dated September 14, 2017, executed by Plaintiff and Defendant along with a proposed Order (the "Settlement Agreement").

3. Defendant filed its Answer on September 20, 2017, which admitted all allegations in Plaintiff's Complaint.

4. There is no dispute among the parties as to matters of fact, and the Parties affirm that the terms they have agreed to in the Settlement Agreement are fair to both Plaintiff and Defendant.

5. The Fairness Hearing has been scheduled by this Honorable Court for 11 am on November 1, 2017 and is expected to take fifteen minutes.

6. Both Plaintiff and Defendant are corporations, and their respective officers will need to fly in from out-of-state to attend the Fairness Hearing.

7. Undersigned counsel for both Parties will, of course, be in attendance at the Fairness Hearing.

WHEREFORE, for all of the foregoing reasons, the Parties jointly and respectfully request that this Court allow the Parties to attend the Fairness Hearing via Skype or telephone.

Respectfully submitted,

| | |
|---|---|
| */s/ Matheau J. W. Stout* | */s/ Duncan S. Keir* |
| Matheau J. W. Stout (28054) | Duncan S. Keir (28353) |
| 400 E. Pratt Street, 8th Floor | Price & Keir, LLC |
| Baltimore, Maryland 21202 | 1777 Reisterstown Road |
| (410) 429-7076 Tel | Commerce Center East – Suite 340 |
| (888) 907-1740 Fax | Baltimore, Maryland 21208 |
| | (410) 528-7205  Tel |
| | (410) 670-4245  Fax |
| *Attorney for Defendant* | *Attorney for Plaintiff* |